UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ROBIN A. CLINTON,

    Plaintiff,

v.

**JUDGMENT**

No. 4:12-CV-219-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the Memorandum and Recommendation if the United States Magistrate Judge to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 30, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. This matter is dismissed.

**This Judgment Filed and Entered on July 30, 2013, and Copies To:**

Brian M. Ricci (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)


July 30, 2013                              JULIE A. RICHARDS, CLERK
                                                  /s/ Christa N. Baker
                                                  (By) Christa N. Baker, Deputy Clerk